IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BRYCE P. COX,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COLLYN SERVER; MONTANA STATE PRISON; JAMES SALMONSEN,<br><br>　　　　Defendants. | Cause No. CV 22-60-H-BMM<br><br><br>ORDER |

　　　On June 27, 2022, the Court received a complaint and motion to proceed in forma pauperis purportedly submitted by Plaintiff Cox.  Faced with several pleadings of similar tenor from Montana State Prison, the Court lacked confidence that Cox personally was aware of and endorsed the submissions.  He was required to resubmit the documents with notarized signatures.  *See* Order (Doc. 6).  He did not respond.

　　　The Court finds that Cox personally does not endorse the documents filed in his name.  Only a lawyer admitted to the Bar of this Court may file documents on behalf of another person.  *See* D. Mont. L.R. 83.1(a)(2), 83.8(a).  Reasonable jurists would not disagree with this rule.  *See* 28 U.S.C. § 1654; *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987); *see also* Fed. R. App. P.

1

24(a)(4)(B).

Accordingly, IT IS ORDERED:

1. This action is DISMISSED.

2. The clerk shall enter, by separate document, a judgment of dismissal.

3. The Court CERTIFIES that any appeal from its disposition would not be taken in good faith.

DATED this 29th day of August, 2022.

_____
Brian Morris, Chief District Judge
United States District Court